## ATTACHMENT A

1. Catherine Ivy
   Deputy Executive Director
   Georgia Department of Community Health
   2 Peachtree Street NW
   Atlanta Georgia 30303

2. Juanita Hines
   Medical Policy Manager
   Georgia Department of Community Health
   2 Peachtree Street NW
   Atlanta Georgia 30303

3. Danita Wesson
   Hospital Policy; Outpatient Services
   Georgia Department of Community Health
   2 Peachtree Street NW
   Atlanta Georgia 30303

4. Dr. Diane Bennett-Johnson
   Medical Director
   Alliant Health Solutions
   1455 Lincoln Parkway East, Ste. 800
   Atlanta, Georgia 30346
   678-527-3100

5. Dr. Eric Zurbrugg
   Peer Consultant
   Alliant Health Solutions
   1455 Lincoln Parkway East, Ste. 800
   Atlanta, Georgia 30346

6. Dr. Akanksha Mehta
   The Emory Clinic
   5665 Peachtree Dunwoody Rd. NE
   Atlanta, Georgia 30342