## ATTACHMENT C

Defendant Noggle has the following documents in her possession:

1) Request for prior authorization on behalf of Plaintiff Thomas dated 6/13/19
2) Alliant Health Solutions Surgical Procedure Notification dated 6/20/19
3) Alliant Health Solutions Gender Reassignment Review Guidelines
4) Claims approvals concerning surgical treatment for gender dysphoria