# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **Delshone Thomas and Gwendolyn Cheney,** *Plaintiffs,* v. **Georgia Department of Community Health; and Caylee Noggle, in her official capacity as Commissioner of the Georgia Department of Community Health,** *Defendants.* | Civil Action No. 1:21-CV-02558-LMM |

## MEMORANDUM OF LAW IN SUPPORT OF CONSENT MOTION FOR MEDIATION AND TO STAY PROCEEDINGS AND DISCOVERY

**COME NOW** the parties in the above-styled action, by and through counsel, and hereby files this Memorandum in Support of the parties Motion for Mediation and to Stay Proceedings and Discovery.

The parties initially held a settlement conference on July 30, 2021, after which they engaged in settlement negotiations. The parties held an additional settlement conference on October 15, 2021. At that time, the case did not settle.

The parties have completed substantial written discovery, and anticipate taking numerous depositions. However, prior to embarking on that lengthy and expensive

process, the parties believe that there is a good chance that they can successfully resolve the case.

In the interests of judicial efficiency and justice, the parties respectfully request that all proceedings, discovery, and deadlines be stayed. Plaintiffs request that such stay not last longer than 30 days following the referral of the case to mediation, while Defendants request that such stay remain until the conclusion of the mediation, if it cannot be scheduled within the 30 days sought by the parties.

The parties pray that this Court grant the Motion for Mediation and Stay.

This 8th day of March, 2022.

        Respectfully submitted,
        CHRISTOPHER M. CARR    112505
        Attorney General

        /s/BRYAN K. WEBB
        BRYAN K. WEBB    743580
        Deputy Attorney General

        /s/SHALEN S. NELSON
        SHALEN S. NELSON    636575
        Senior Assistant Attorney General

        /s/MICHELLE W. LEGRANDE
        MICHELLE W. LEGRANDE  714924
        Senior Assistant Attorney General

Taylor Brown*
Leslie Cooper*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION, INC.
125 Broad Street, 18th Floor

New York, New York 10004
Telephone: (212) 519-7887
tbrown@aclu.org
lcooper@aclu.org

/s/ Adam Reinke
Adam Reinke
Georgia Bar No. 510426
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
Phone: (404) 572-4600
Fax: (404) 572-5100
areinke@kslaw.com

## **CERTIFICATION OF COMPLIANCE WITH RULE AND ORDER**

I hereby certify that the forgoing Memorandum of Law was prepared in 14-point Times New Roman font in compliance with Local Rule 5.1(C).

                                          /s/MICHELLE W. LEGRANDE
                                          MICHELLE W. LEGRANDE   714924
                                          Senior Assistant Attorney General

Bryan K. Webb
Michelle W. LeGrande
Office of the Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
(404) 458-3623 (Direct)
E-mail: mlegrande@law.ga.gov

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have this day served the within and foregoing **CONSENT MOTION FOR MEDIATION AND TO STAY PROCEEDINGS AND DISCOVERY** and **MEMORANDUM OF LAW IN SUPPORT OF CONSENT MOTION FOR MEDIATION AND TO STAY PROCEEDINGS AND DISCOVERY** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Adam Reinke<br>KING & SPALDING LLP<br>1180 Peachtree Street, NE<br>Atlanta, GA 30309 | Brent P. Ray<br>KING & SPALDING LLP<br>110 N. Wacker Drive, Suite 3800<br>Chicago, IL 60606 |
| Sean J. Young<br>Andres M. Lopez-Delgado<br>AMERICAN CIVIL LIBERTIES<br>UNION OF GEORGIA, INC.<br>Post Office Box 77208<br>Atlanta, GA 30357 | Taylor Brown<br>Leslie Cooper<br>AMERICAN CIVIL LIBERTIES<br>UNION FOUNDATION, INC.<br>125 Broad Street, 18th Floor<br>New York, NY 10004 |

This 8th day of March 2022.

/s/MICHELLE W. LEGRANDE
MICHELLE W. LEGRANDE  714924
Senior Assistant Attorney General

2

Bryan K. Webb
Michelle W. LeGrande
Office of the Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
(404) 458-3623 (Direct)
E-mail: mlegrande@law.ga.gov