# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **Delshone Thomas and Gwendolyn Cheney,** <br>    *Plaintiffs,* <br>  v. <br> **Georgia Department of Community Health; and Caylee Noggle, in her official capacity as Commissioner of the Georgia Department of Community Health,** <br>    *Defendants.* | Civil Action No. <br><br> 1:21-CV-02558-LMM |

## PROPOSED ORDER GRANTING CONSENT MOTION FOR MEDIATION AND STAY OF PROCEEDINGS AND DISCOVERY

This matter comes before the Court on the parties Consent Motion requesting this civil action be mediated before a United States Magistrate Judge. After a review of the record and due consideration, the request is GRANTED. This case is hereby REFERRED to United States Magistrate Judge _____ for mediation. All proceedings, including discovery, shall be stayed until_____. Within three (3) days of the completion of mediation, the parties shall report the outcome of the mediation to the Court.

IT IS SO ORDERED, this _____ day of March, 2022.

_____
LEIGH MARTIN MAY
JUDGE, UNITED STATES DISTRICT COURT