IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DELSHONE THOMAS and
GWENDOLYN CHENEY,

    Plaintiffs,

v.

GEORGIA DEPARTMENT OF
COMMUNITY HEALTH, *et al.*,

    Defendants.

CIVIL ACTION NO.
1:21-cv-02558-LMM

O R D E R

This matter comes before the Court on the parties' Consent Motion for Mediation and to Stay Proceedings and Discovery [59]. After a review of the record and due consideration, the Motion is **GRANTED**. This case is hereby **REFERRED** to United States Magistrate Judge Alan J. Baverman for the assignment of a Magistrate Judge for mediation. The deadlines in this civil action shall be **STAYED** pending the outcome of mediation. Within two days of the completion of the mediation, the parties shall report the outcome of the mediation to the Court.

IT IS SO ORDERED, this 9th day of March, 2022.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE