# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:21-cv-02558-LMM
### Thomas et al v. Georgia Department of Community Health et al
### Honorable Walter E. Johnson

Minute Sheet for proceedings held on 4/26/22.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 1:00 P.M.
TIME IN COURT: 3:00
OFFICE LOCATION: Rome
DEPUTY CLERK: Kari Butler

ATTORNEY(S) PRESENT:
Meredith Brown representing plaintiffs
Nneka Ewulonu representing plaintiffs
Michelle LeGrande representing defendants
Adam Reinke representing plaintiffs
Bryan Webb representing defendants
Sean Young representing plaintiffs

OTHER(S) PRESENT:
Delshone Thomas
Gwendolyn Cheney
I'Yanna Barker
Caylee Noggle
Paul Norman
Tara Dickerso
Lynette Rhodes
Greg Strickland
Logan Winkles
Sheila Guider
Jerome Wright

PROCEEDING CATEGORY: Mediation
MINUTE TEXT: Mediation held on 4/27/2022. Case settled.
HEARING STATUS: Hearing Concluded