IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DELSHONE THOMAS, *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:21-CV-02558-LMM |
| GEORGIA DEPARTMENT OF COMMUNITY HEALTH, *et al.*, | : | |
| Defendant. | : | |

## **ORDER**

On April 26, 2022, the parties mediated this civil action before Magistrate Judge Walter E. Johnson and reached a settlement. They intend to file a dismissal in the near future. Accordingly, this case is **ADMINISTRATIVELY CLOSED** pending the parties' filing the dismissal.[1] The parties are **DIRECTED** to file within sixty (60) days of the date of this Order either (1) the necessary documents to dismiss this case or (2) a joint status update notifying the Court why they are unable to file such documents.

**IT IS SO ORDERED** this 27th day of April, 2022.

_____
**Leigh Martin May**
**United States District Judge**

---

[1] Administrative closure of a case does not prejudice the rights of the parties to litigation in any manner. The parties may move to re-open an administratively closed case at any time.