# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Delshone Thomas and Gwendolyn Cheney,<br><br>*Plaintiffs*,<br><br>v.<br><br>Georgia Department of Community Health and Caylee Noggle, in her official capacity as Commissioner of the Georgia Department of Community Health,<br><br>*Defendants*. | Civil Action No. 1:21-cv-02558-LMM |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, undersigned counsel for Plaintiffs and Defendants hereby stipulate to the voluntary dismissal of the above-captioned action against Defendants. Defendants have satisfied the terms of the parties' Settlement Agreement upon which voluntary dismissal by Plaintiffs was conditioned. ECF No. 65-1.

1

Dated: July 18, 2022

/s/ *Adam Reinke*
Adam Reinke
Georgia Bar No. 510426
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
Phone: (404) 572-4600
Fax: (404) 572-5100
areinke@kslaw.com

Brent Ray*
KING & SPALDING LLP
110 N. Wacker Drive
Chicago, IL 60606
Phone: (312) 995-6333
Fax: (312) 995-6330
bray@kslaw.com

Joshua C. Toll*
Mark D. Polston*
KING & SPALDING LLP
1700 Pennsylvania Avenue, N.W.
Washington, DC 20006
Phone: (202) 737-0500
Fax: (202) 626-3737
jtoll@kslaw.com
mpolston@kslaw.com

Meredith Taylor Brown*
Leslie Cooper*
AMERICAN CIVIL
LIBERTIES UNION
FOUNDATION, INC.
125 Broad Street, 18th Floor
New York, New York 10004
Phone: (212) 519-7887
Fax: (212) 549-2650
tbrown@aclu.org
lcooper@aclu.org

Nneka Ewulonu
Georgia Bar No. 373718
Sean J. Young
Georgia Bar No. 790399
Andres M. Lopez-Delgado
Georgia Bar No. 552876
AMERICAN CIVIL
LIBERTIES UNION OF
GEORGIA, INC.
P.O. Box 77208
Atlanta, GA 30357
Phone: (678) 981-5295
Fax: (770) 303-0060
newulonu@acluga.org
syoung@acluga.org
adelgado@acluga.org

*Attorneys for Plaintiffs*

*Admitted pro hac vice

 /s/ Bryan K. Webb
Bryan K. Webb
Georgia Bar No. 743580
Michelle W. LeGrande
Georgia Bar No. 714924
Shalen S. Nelson
Georgia Bar No. 636575
Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Phone: (404) 458-3542
Fax: (404) 657-9932
bwebb@law.ga.gov
mlegrande@law.ga.gov
snelson@law.ga.gov

*Attorneys for Defendants*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify, in compliance with Local Rule 5.1(C), that the foregoing pleading has been prepared using 14-point Times New Roman font, with a top margin of not less than 1.5 inches and a left margin of not less than 1 inch.

                                            */s/ Adam Reinke*
                                            Adam Reinke

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I filed the foregoing **Stipulation of Voluntary Dismissal** with the Clerk of the Court using the CM/ECF system, which automatically sends email notification of such filing to all attorneys of record.

This 18th day of July 2022.

>*/s/ Adam Reinke*
>Adam Reinke